# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NUMBER 18-0148-01** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **LAKENDRIA NICOLE GOINGS** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that this Court finds, by a preponderance of the evidence, that Defendant Lakendria Nicole Goings is competent to stand trial at this time.

MONROE, LOUISIANA, this 23rd day of May, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE